**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**STATESBORO DIVISION**

BRIAN DALE WARREN, JR.,                )
                                        )
          Plaintiff,                    )
                                        )
v.                                      )          CV625-054
                                        )
GDC COMMISSIONER TYRONE                 )
OLIVER, *et al.*,                       )
                                        )
          Defendants.                   )

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R), (doc. no. 4), to which no objections have been filed. Accordingly, the Report and Recommendation is **ADOPTED**. (Doc. no. 4.)  Warren's Complaint is **DISMISSED**.  (Doc. no. 1.)   The Clerk is **DIRECTED** to **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 9th day of March, 2026.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA